IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JASON S. PETTIT                                                                    PLAINTIFF

v.                                      Case No. 4:25-cv-4105

SHERIFF BOBBY WALRAVEN; JAIL
ADMINISTRATOR GINA BUTLER; and
CORRECTION OFFICER WILLIE SEYMOUR                             DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 6. Upon preservice screening of Plaintiff's Complaint (ECF No. 1) pursuant to 28 U.S.C. § 1915A(a), Judge Singleton recommends that the Complaint be dismissed without prejudice for failure to state a cognizable claim. Plaintiff has not objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the R&R (ECF No. 6) in toto. Accordingly, Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 10th day of April, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge